UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL VICTORY, | ) | CV F- 05-1578 LJO DLB P |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |
| v. | ) | |
| BARBER, et. al., | ) | |
| Defendant. | ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an amended complaint. The amended complaint appears to state cognizable claims for relief for violation of the Eighth Amendment against the named defendants. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Barber, Smith, Kushner, Bresler, Salazar, Sacks, Neubarth and Ortiz.

2. The Clerk of the Court shall send Plaintiff eight (8) USM-285 forms, eight (8) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed October 16, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the

| | |
|---|---|
| 1 | Court with the following documents: |
| 2 | a. Completed summons; |
| 3 | b. One completed USM-285 form for each defendant listed above; and |
| 4 | c. Nine (9) copies of the endorsed complaint filed October 16, 2006. |
| 5 | 4. Plaintiff need not attempt service on Defendants and need not request waiver of |
| 6 | service. Upon receipt of the above-described documents, the court will direct the |
| 7 | United States Marshal to serve the above-named Defendants pursuant to Federal Rule |
| 8 | of Civil Procedure 4 without payment of costs. |
| 9 | 5. <u>The failure to comply with this Order will result in a Recommendation that this action |
| 10 | be dismissed.</u> |

IT IS SO ORDERED.

**Dated:   January 29, 2008                        /s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE