IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>    Plaintiff,<br><br>    vs.<br><br>BARBER, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-1578 LJO DLB (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO SUBMIT<br>USM 285 FORMS<br><br>(DOCUMENT #15)<br><br>THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2008, plaintiff filed a motion to extend time to submit USM-285 forms as ordered on January 29, 2008 (Doc. 14). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to submit USM-285 forms. Further extension will only be granted upon a showing of good cause.

    IT IS SO ORDERED.

    **Dated: March 7, 2008**            **/s/ Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE