# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>P. BRESLER, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:05-CV-01578-LJO DLB -PC<br><br>**SECOND ORDER DIRECTING UNITED STATES MARSHAL TO INITIATE SERVICE OF PROCESS ON DEFENDANT KUSHNER AT ADDRESS PROVIDED BY PLAINTIFF** |

　　　　Plaintiff Michael Anthony Victory ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2008, the court directed the United States Marshal to initiate service of process on defendants P. Bresler, F. Salazar, H. D. Sacks, Neubarth, Ortiz, C. Barber, R. D. Smith and N. Kushner. (Doc. 20.) The Marshal was unable to locate and serve defendant Kushner, and on May 5, 2008, the Marshal returned the USM-285 form to the court. (Doc. 24).

　　　　Plaintiff has provided the following address for defendant: **351 Chestnut Hill Court, #11 Thousand Oaks, CA 91360**. (Doc. 24). Although it appears that defendant Kushner is no longer employed with CDC, and the CDC locator has no record of a 'Neil Kushner', it is unclear whether service was attempted on defendant Kushner at the address provided by plaintiff.

　　　　The court and the Marshal have a statutory duty to service process on plaintiff's behalf, and the response given to the Marshal to date by the CDC is insufficient to allow the court to discharge this duty on the ground that defendant Kushner cannot be located. 28 U.S.C. 1915(d); Fed. R. Civ.

P. 4(c)(2). **For this reason, the Marshal shall again initiate service on defendant Kushner, using the address provided by plaintiff.**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued summons for <u>each</u> defendant to be served;

    (2) One completed USM-285 form for <u>each</u> defendant to be served;

    (3) One copy of the complaint filed on October 16, 2006 for <u>each</u> defendant to be served, plus an extra copy for the Marshal;

    (4) One copy of this order for <u>each</u> defendant to be served, plus an extra copy for the Marshal; and

    (5) One copy of the court's consent form for <u>each</u> defendant to be served;

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

    **NEIL KUSHNER**

3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall

maintain the confidentiality of all information provided by the CDC pursuant to this order.

    b.    Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served defendants in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve defendants.

7. In the event that defendants either waive service or are personally served, defendants are required to reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

Dated: **June 4, 2008**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE