IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BARBER, et al.,<br><br>　　　　　　　Defendants. | CASE NO.: 1:05-cv-01578-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR FIRST EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>(Document #33) |

　　On June 16, 2008, Defendants Smith, Barber, Bresler, and Neubarth filed an ex parte application to extend the time to file their response to Plaintiff's Amended Complaint.

　　Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Defendants are granted an additional thirty days in which to file their response to the complaint. Defendants' response is due on or before July 23, 2008.

　　IT IS SO ORDERED.

　　**Dated:　June 18, 2008**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1