IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ANTHONY VICTORY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**BARBER, et al.,**<br><br>　　　　　　　　　　Defendant. | CASE NO.: 1:05-CV-01578-LJO-DLB (PC)<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 37) |

On July 17, 2008, Defendants Smith, Barber, Bresler, and Neubarth filed an ex parte application to extend the time to file their response to Plaintiff's Amended Complaint.

Good cause having been presented to the Court and good cause appearing, Defendants are granted an additional thirty days in which to file their response to the complaint. Defendants' response is due on or before August 22, 2008.

IT IS SO ORDERED.

　　Dated: __July 24, 2008__　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1