IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY, | 1:05-cv-01578-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| BARBER, et al., | (DOCUMENT #46) |
| Defendants. | 30 DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2008, plaintiff filed a motion to extend time to file opposition to Defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: **September 11, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE