IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>Plaintiff,<br><br>vs.<br><br>GOVERNOR ARNOLD SCHWARZENEGGER, et al,<br><br>Defendants.<br>_____/ | 1:05-cv-01578 LJO-DLB (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>(DOCUMENT #50)<br><br>(15) FIFTEEN DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2008, plaintiff filed a motion to extend time to file Opposition to Defendant's Motion to Dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted fifteen (15) days from the date of service of this order in which to file Opposition to Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: **October 7, 2008**       /s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE