IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MICHAEL ANTHONY VICTORY,** | 1:05-CV-01578-LJO-DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | (Doc. 45) |
| **BARBER, et al.,** | |
| Defendant. | |

On September 4, 2008, Defendants Salazar and Kushner filed an ex parte application for additional time to file their response to Plaintiff's Amended Complaint.

Good cause having been presented to the Court and good cause appearing, Defendants motion to extend time is granted nunc pro tunc.

IT IS SO ORDERED.

Dated: **October 23, 2008**        /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

1