# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARBER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01578 LJO DLB PC<br><br>ORDER VACATING COURT'S ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 60)<br><br>ORDER VACATING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 57) |

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court HEREBY ORDERS that:

1. The Court's order adopting the Magistrate Judge's Findings and Recommendations, filed on March 23, 2009, is vacated; and

2. The Magistrate Judge's Findings and Recommendations, filed on February 26, 2009, is vacated.

IT IS SO ORDERED.

**Dated:　September 4, 2009**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1