1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL ANTHONY VICTORY,                CASE NO. 1:05-cv-01578-LJO-DLB (PC)

11                    Plaintiff,             ORDER DENYING MOTION FOR
                                             CERTIFICATE OF APPEALABILITY AS
            v.                               MOOT
12
     SCHWARZENEGGER, et al.,                 (Doc. 63)
13
                     Defendants.             ORDER GRANTING EXTENSION OF TIME
14                                           FOR DISCOVERY AND VACATING APRIL
                                             23, 2009 DISCOVERY AND SCHEDULING
15                                           ORDER

16   _____/     (Docs. 62, 70, 78)

17

18        Plaintiff Michael Anthony Victory ("Plaintiff") is a state prisoner proceeding pro se and

19   in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is

20   proceeding against Defendants Neubarth, Barber, Smith, Kushner, Bresler, Salazar, Sacks, and

21   Ortiz for violation of the Eighth Amendment.  Pending before the Court are several motions filed

22   by the parties.

23        On June 3, 2009, Defendants filed a motion for certificate of appealability pursuant to 28

24   U.S.C. § 1292(b).  (Doc. 63.)  However, the order that Defendants sought to appeal was vacated

25   by this Court on September 4, 2009.  (Doc. 64.)  Accordingly, Defendants' motion for certificate

26   of appealability, filed June 3, 2009, is DENIED as moot.

27        On November 17, 2009, Plaintiff filed a motion requesting that the discovery deadline be

28   extended due to Plaintiff's appeal.  (Doc. 70.)  On December 14, 2009, Defendants filed their

                                              1

own motion requesting that the discovery deadline be extended.  (Doc. 78.)  The United States Court of Appeals for the Ninth Circuit issued its order in this action on January 20, 2010, dismissing Plaintiff's appeal for lack of jurisdiction.  This Court issued an order adopting the Findings and Recommendations resolving Defendants' motion to dismiss on January 28, 2010.  Good cause being presented, the Court HEREBY GRANTS Plaintiff and Defendants' motion for extension of time for discovery, and VACATES its discovery and scheduling order, filed April 23, 2009.  The Court will issue a new discovery and scheduling order in this action.

    IT IS SO ORDERED.

    **Dated:**   **January 28, 2010**                **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE