# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY VICTORY, | CASE NO. 1:05-cv-01578-LJO-DLB PC |
| Plaintiff, | TRIAL SCHEDULING ORDER |
| v. | |
| KUSHNER, SALAZAR, BARBER, SACKS, BRESLER, SMITH, ORTIZ, and NEUBARTH, | |
| Defendants. | |

A telephonic trial setting conference was held on June 2, 2010 before the undersigned. Pursuant to the conference, the Court sets the following deadlines:

1) Jury trial is set for **June 1, 2011** in Courtroom 4 before the undersigned;

2) Pretrial statements are due **March 1, 2011**;

3) Trial brief and motions in limine are due **April 22, 2011**;

4) Opposition to the motions in limine is due **May 4, 2011**;

5) Motions in limine hearing is set for **May 13, 2011** at 1:30 PM in Courtroom 4 before the undersigned;

6) Proposed jury instructions, neutral statement of the case, optional proposed jury verdict form, and optional voir dire questions are due **May 18, 2011**;

7) Telephonic trial confirmation hearing is set for **April 1, 2011**, at 8:00 AM in Courtroom 4 before the undersigned;

8) Plaintiff's motion for attendance of incarcerated witnesses, if any, is due **March

1

1  **1, 2011**; and

2  9) Defendants' objections to the motion for attendance of incarcerated witnesses are

3  due **March 9, 2011**.

The deadline to amend pleadings, discovery cut-off date, and dispositive motion deadline remain unchanged. The Court will issue further orders regarding the above requirements when necessary.

IT IS SO ORDERED.

**Dated:**    **June 2, 2010**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE